**ORDERED in the Southern District of Florida on August 24, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re: Case No.: 26-19443 CLC
Chapter 11

Clifford James Harris

Debtor.

_______________________________________/

ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

This matter came to be heard on August 19, 2026, on consideration at the continued hearing of the United States Trustee's Emergency Motion to Dismiss Case ("Motion") (Dkt. No.

27). After proper notice and hearing, the Court having listened to the statements of counsel for the U.S. Trustee as well as counsel for the Debtor, considered the contents of the Motion, and the Court taking specific judicial notice of the entire contents of the Court file, it is:

ORDERED that the Motion is Denied without prejudice.

.

###

Submitted by:

Steven D. Schneiderman
Office of the United States Trustee
51 SW First Ave. Suite 1204
Miami, Florida 33130

The Clerk of Court shall serve a copy of the signed order on all parties.