**ORDERED in the Southern District of Florida on October 7, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re:
CLIFFORD JAMES HARRIS — Case No. 26-19443-CLC

Debtor. — Chapter 11
_______________________________________/

**ORDER GRANTING DEBTOR'S MOTION**
**<u>FOR AUTHORIZATION TO USE CASH COLLATERAL</u>**

THIS MATTER came before the Court for hearing on October 5, 2026, upon the *Debtor's Motion for Authorization to Use Cash Collateral* (ECF No. 17) (the "Motion"). The Motion seeks the entry of an order authorizing the use of "Cash Collateral" (as that term is defined in Section

363(a) of the Bankruptcy Code). This Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(A). The Court, having reviewed the Motion and being otherwise advised in the premises, it is:

ORDERED and ADJUDGED that:

1. That the Motion is GRANTED.

2. The Debtor is authorized to use the Cash Collateral on the basis to operate his property rental business as required in the normal course of business and as provided in the Budget, which is attached to the Motion as Exhibit "A."

3. The Debtor is permitted to vary from the Budget on each line item and the overall budget by 10% without court authorization. Should any variance exceed 10% court authorization shall be required.

4. Each of the Alleged Secured Creditors shall have replacement liens on the Debtor's post-petition Cash Collateral with to the same extent, validity and priority that such Alleged Secured Creditor had on the Petition Date, if any. The debtor shall maintain separate records on each property and although the rent is deposited and expenses paid from the single DIP account, the lien on each collateral for each of the respective lenders shall be limited to the cash collateral directly tied to the real property subject to the respective lien.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:

ORVILLE MCKENZIE, ESQ.

Attorney for Debtor in Possession
20401 N.W. 2nd Ave., Suite 220
Miami, Florida 33169
Tel: 305-653-6959
Fax: 305-653-6442

(Orville McKenzie is directed to serve a copy of the signed order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.)